Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:20-mj-05207-DUTY All Defendants

| | |
|---|---|
| Case title: USA v. Jing | Date Filed: 10/28/2020 |
| | Date Terminated: 10/28/2020 |

Assigned to: Duty Magistrate Judge

### Defendant (1)

| | | |
|---|---|---|
| **Rong Jing**<br>*TERMINATED: 10/28/2020* | represented by | **John Targowski**<br>Law Office of John Targowski<br>4640 Admiralty Way Suite 500<br>Marina Del Ray, CA 90292<br>310-920-9177<br>Email: jtargo@icloud.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2020 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Rong Jing, originating in the Eastern District of New York. Defendant charged in violation of: 18:371, 951(a), 2261A(1)(B). Signed by agent Peter W Wall, FBI; Special Agent. (ja) (Entered: 10/29/2020) |
| 10/28/2020 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Rong Jing; defendants Year of Birth: 1982; date of arrest: 10/28/2020 (ja) (Entered: 10/29/2020) |
| 10/28/2020 | 3 | Defendant Rong Jing arrested on warrant issued by the USDC Eastern District of New York at Brooklyn. (Attachments: # 1 Charging Document)(ja) (Entered: 10/29/2020) |
| 10/28/2020 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alicia G. Rosenberg as to Defendant Rong Jing Defendant arraigned and states true name is as charged. Attorney: John Targowski for Rong Jing, Appointed, present. Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Eastern District of New York. Warrant of Removal and final commitment to issue. (MANDARIN) INTERPRETER Required as to Defendant Rong Jing Court Reporter: Miranda Algorri. (ja) (Entered: 10/29/2020) |
| 10/28/2020 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Rong Jing (ja) (Entered: 10/29/2020) |
| 10/28/2020 | 6 | ORDER OF DETENTION by Magistrate Judge Alicia G. Rosenberg as to Defendant Rong Jing (ja) (Entered: 10/29/2020) |
| 10/28/2020 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Rong Jing. (ja) (Entered: 10/29/2020) |
| 10/28/2020 | 8 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Rong Jing. (ja) (Entered: 10/29/2020) |
| 10/28/2020 | 9 | MINUTES OF IN CHAMBERS MANDATORY RULE 5(f) ORDER by Magistrate Judge Alicia G. Rosenberg as to Defendant Rong Jing. Court Reporter: Miranda Algorri. (ja) (Entered: 10/29/2020) |
| 10/28/2020 | 10 | FINANCIAL AFFIDAVIT filed as to Defendant Rong Jing. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 10/29/2020) |
| 10/28/2020 | 11 | WAIVER OF RIGHTS approved by Magistrate Judge Alicia G. Rosenberg as to Defendant Rong Jing. (ja) (Entered: 10/29/2020) |

| | | | |
|---|---|---|---|
| 10/28/2020 | | 12 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Alicia G. Rosenberg that Defendant Rong Jing be removed to the Eastern District of New York (ja) (Entered: 10/29/2020) |
| 10/29/2020 | | | Notice to Eastern District of New York of a Rule 5 Initial Appearance as to Defendant Rong Jing. Your case number is: 20-MJ-10125 (PK). The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 12 Warrant of Removal and Commitment to Another District, 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40), Interpreter Required. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 10/29/2020) |
| 10/29/2020 | | 13 | MINUTES OF IN CHAMBERS ORDER AMENDING FINAL COMMITMENT AND WARRANT OF REMOVAL by Magistrate Judge Alicia G. Rosenberg as to Defendant Rong Jing. Court Smart: CS 10/29/2020. (ja) (Entered: 10/29/2020) |
| 10/29/2020 | | | Notice to Eastern District of New York of additional Rule 5 documents added to the docket as to Defendant Rong Jing. Your case number is: 20-MJ-10125 (PK). Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 13 In Chambers Order/Directive - no proceeding held. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 10/29/2020) |