CRH
F. #2021R00183

***FILED***
10:26 am, Mar 02, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

 - against -

JING RONG,
    also known as "Rong Jing"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 1:21-cr-00112(PKC)(RLM)

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JING RONG's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           March 2, 2021

                                    SETH D. DuCHARME
                                    Acting United States Attorney
                                    Eastern District of New York
                                    Attorney for Plaintiff
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

              By:    /s/
                                      Craig R. Heeren
                                    J. Matthew Haggans
                                    Ellen H. Sise
                                    Assistant United States Attorney
                                    (718) 254-7000

Cc:    Clerk of the Court
        Todd Spodek, Esq.