AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-CR-112 (PKC) |
| JING RONG | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/03/2021

*Jing Rong*
ID CsB6RBgVFZLTDSG8gQKTgzL7

*Defendant's signature*

ID kQ4MussGhFAtf7cnj3qd8LaD

*Signature of defendant's attorney*

Todd Spodek, Esq.

*Printed name of defendant's attorney*

s/Hon. Pamela K. Chen on 3/5/2021

*Judge's signature*

Hon. Pamela K. Chen, United States District Judge

*Judge's printed name and title*

## eSignature Details

**Signer ID:** **CsB6RBgVFZLTDSG8gQKTgzL7**
Signed by: Lixia (Alice) Luo
Sent to email: Aliceluo1980@gmail.com
IP Address: 24.185.12.33
Signed at: Mar 3 2021, 12:46 pm EST

**Signer ID:** **kQ4MussGhFAtf7cnj3qd8LaD**
Signed by: Todd Spodek
Sent to email: ts@spodeklawgroup.com
IP Address: 64.125.180.210
Signed at: Mar 3 2021, 12:52 pm EST