U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 2, 2025

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jing Rong
                 Criminal Docket No. 21-112 (PKC)

Dear Judge Chen:

      The government respectfully writes to request an adjournment of sentencing in the above-referenced matter currently scheduled for February 18, 2025, to a date at the Court's convenience. It is the government's understanding that a Presentence Investigation Report ("PSR") has not yet been completed in this matter. Accordingly, an adjournment is necessary to provide time for the PSR to be completed, and for the parties to submit their sentencing memoranda. The defendant consents to this request.

                                   Respectfully submitted,

                                    JOHN J. DURHAM
                                   United States Attorney

                By:   /s/_____
                        Meredith A. Arfa
                        Irisa Chen
                        Assistant U.S. Attorneys
                        (718) 254-7000

cc:    Clerk of Court (PKC) (By Email)
       Counsel of Record (By ECF)